**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1031**

_____

PAUL GRAHAM, Roman Catholic,

Plaintiff - Appellant,

v.

KEY POINT HEALTH SERVICES, INC.; Dr. SOWIKOP, Psychiatrist; SAMUEL
SNIPES, Manager; TIA CORNISH, Case Manager,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Deborah Lynn Boardman, District Judge.  (1:21-cv-02703-DLB)

_____

Submitted:  April 19, 2022                   Decided:  May 19, 2022

_____

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Paul McAndrew Graham, III, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul McAndrew Graham, III appeals the district court's orders dismissing his complaint for lack of subject matter jurisdiction and denying his motion to file a complaint of judicial misconduct. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Dixon v. Coburg Dairy, Inc.*, 369 F.3d 811, 817 n.5 (4th Cir. 2004) (en banc). We deny Graham's motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*